The question is, what is the officer's obligation to advance in their actions to render assistance to a public official? Could it be a discretionary decision? Do they believe in constitutional rights? If their obligation is as sort of a curbside court of appeals, it suggests to the court, does the court's meaning for doing the facts make no independent determination in their constitutional submission? Or do they render the assistance to the government official, meaning it to that official to make the decisions that they need and want? We spent so much of our history in this country that's where the officership is based. As the Strict Court recognized in my version of the journal item, Sjurset has shown an important element of this resource, non-professional. And this goal that we suggest to the court today is consistent with that goal, in that you can have the highest standard of service in the United States, but you also can still have the officers in the review of the law, in the review of the law, in the review of the law, in the review of the law. I understand they have some duty to inquire as to the basis of a seizure and removal of this loan. I think that the vice version is a little much on that chart. It suggests that there may be some duty of inquiry. But at the same time, the agency, as well as the officers, I think they believe that there may be a chance that there may be a need to want to sue them in a few years. So those are the best case and most important cases. State versus county. In George, Mississippi, and L.A., I think the only other state versus county case in which there is a Strict Court decision that's being filed, and the law is in Mississippi, which is kind of the origin of this whole thing. What I'm talking about is the policy and standard in office, to ensure that the law is in the law. So the courts, for example, do not need to know all the facts to justify their action against the law. So we're safe from this kind of shady office. And so, of course, the arrest warrant is usually not safe, and this officer is sentenced, but the arrest warrant, of course, But it's great to honor him. So is the officer who may be released in a few years. But it's a variation on the same kind of case. So if there was no arrest warrant, if the body was no longer in his office, we wouldn't have any more control over what was happening to him. And it's great that there was no order in the court, that there was lawful authority, or it's interesting that they believe in lawful authority, because the person who is part of the human services would authorize a new law to make the determination that there is a need to be improved. So the second aspect of this constitution is that there is a racial belief of a threat, and there's a chance that we could get an order. It's not going to happen. Even if there were 36 bars or something like that, they could not get a court order, if that individual was concerned. And so we have a procedure that will ensure that if there are bad situations, the officer can make the decision properly, and they can go forward and completely support that decision that they did. As you heard in all calls, that's what we do. And again, it's on a comparative basis. Well, essentially, we'll take this case off the side of YouTube and say, well, that's true, but it applies to law enforcement officers, and it's a comparative instance. It's not a federal law enforcement officer. And that case came from an expert, and I think that's where a mistake was made in the law. But again, it takes that analysis further and looking at whether it was reasonable to use officers based on the law to believe that their actions were authorized in a situation where you have a case that supports your proposition, but these officers know a lot more about the law than some other agencies. So there have been cases. For instance, there was a decision last year in the apparel case where they sent what I said into a special process in order to get a special process constituted for the sheriff that this is a case with law enforcement. There might be a case involved in something called a non-law enforcement case. Not standard evidence, for instance. It's not even 100% accurate. But I think the logic behind it still is applicable and also still challenging because there is no people who have been able to find elsewhere a reasonable officer who has been through the case a long time who would have put it to this sort of test without having to rely on others and who's had a certain degree of education or training in the field and authority to make this decision. And in this case, the employees in the Department of Human Services were actually equivalent to law enforcement officers for instance, authorized them to do the investigation, specify training and recording and say training for the officers received. There has been a lead agency for the investigation with equal authority to investigate under these circumstances a racial officer. Basically, a case that was filed with a file and so it's debated whether this court would rule that it's lawful. And even if that's not true, it wasn't clear that the federal law is truly a question of equality and dignity. In this case, there's a case that was referred to the federal court in which they were sharing a lot of information. It could be reasonable to think that this report summarizes this case in a whole variety of cases. Prosecutions, juries, briefs, a whole variety of these fields, general defense, civil damage, liability, custody, physical violence, statutory constitutional right that was clearly established at the time for the change of government. To be fully established, the right must be sufficiently clear that every reasonable officer would be understood when he was doing violence against the right with property, property, law by deed, which is all that the public can call it. For those who don't know what violence is law, we don't require a case where everyone's right, but it is to press and press and place a statutory or constitutional question beyond the degree of civil violence. I'm sorry, but it seems that we are at a potential position as a country. I don't know if you've ever seen a court order a lawsuit to change the rules that follow the rule of law. Correct me if I'm wrong. It is something very complicated. It really just varies on how long the decision is. Why does America need a change of law? We do not. At the end of the day, the rule of law is a procedure. However, it seems to me that there is always a change of judge or superior court or sub-court who's going to come for us with more versions for some situation. Well, I think there is, and it's true, but also in Oregon, sub-courts are divided between two judges, two violishers, and just, you know, minor offenders. And the two viols aren't the main issues, but it's a separate and continuous view that the rules of law judge are going to go overseas, it's not overseas to America. How is that? That doesn't make sense. That's discrimination, I'm sorry. I don't know that it's a discrimination. In fact, the only thing that I know that it's a discrimination is with the declaration of a supervisor. You're standing there and you're going to take 36 hours and you're going to get a reward. The supervisor is going to get 60 percent of the reward. I've heard this, and it's been heard in many cases, 60 percent of the reward. There is no tax rate in the state of Oregon. So I think that that is a fact that the court has to accept that it's going to take 36 hours. Also, let me point out that my argument is that the officers relied on the decision of Miller. And Miller, in his determination about the officers, claims that it was reasonable that any reasonable officers in the state circumstances would have provided the assistance that these officers provided when the request was made. And the law was not set to require that there be unreasonable effort to do so, and in that circumstance, the Department of Human Services officials were also doing their part. I've heard that before, so I don't know how it relates to these officers. That's very true, and I think the standard under the House Circulation Act, as set out in this court, would be different. It's not the actual decision makers. They're the ones that make the decisions. The officers are trying to take down the management of this company and make decisions. It's stipulated in our ordinance that the District Attorney has testified in his declaration that the decision to remove the children was made before the officers came to the House, and their decision was made by Miller and his Department of Human Services. So, they're not, they don't support the moving force behind the system. They simply put the law into play in this system. Now, the reason this is an important policy issue is, first of all, in these sort of situations, there's a lot of options. And in fact, the response in general to the officers' actions under the Kerside and Elkhorn, these are all cases that would play into that concept of protecting and endangering children. Well, let's say that the officers decided that the prosecution did not allow them to move forward, and they left the scene. What's going to happen? Well, you could have a DHS who told you that this is so important for children, and you go inside and remove the children without forcing a decision. I said that makes the situation more important. And first of all, if the parties identify that the DHS approved it for the children, for the families, for you. Or, let's say that they did not, and it took them, their decision was correct, and it's fine, we won't be waiting 36 hours for any evidence to be convicted that confesses that a serious crime was committed. Now, Your Honor, I don't think it's a reasonable situation for you to bring such a statement. Do you mean that it's not unusual for it to be so? Well, I think it's not unusual for the officer, the DHS, to observe the actual situations and let that be told. And, Your Honor, what factual circumstances do you think constrain the court's decision? Your Honor, the farming unit says that the factual circumstances are the cause of the crime. The factual circumstances indicate that primarily the farming unit says that the children were taken based on their investigations.  that they saw their hand being removed. In addition to that, I would argue that it really doesn't constrain the court's decision. Your Honor, if there was no objective evidence that indicated that the officers were seen in any reasonable situation, I think the court would still argue that the farming unit's farming wasn't shown to be an offender or was taken by an investigator. I'm sorry, Your Honor, but in terms of the investigation, that's true. So, Your Honor... So, where do I rely on another person, Your Honor, when I'm... when I'm comparing other witnesses? I would say that he's not interested in any other species. He did have the experience that they were out of the house. They had to speak to the father. The father said to the children, you know, they don't need to do that.  he had to go over to his son, to the children in the house who were the children's wife. That's correct, Your Honor. Like I said, the officers knew that, like I said, they were involved in the services of the mother, the father, the doctor, and the father would know that she was unwell. And when they're facing new problems, eating issues, I ask these questions because they know that they're all just patients, obviously. You're correct, Your Honor. They knew that she was out of the hospital where the doctor was pregnant and on bed and now on which, obviously, the mother is unmanageable and pregnant and she has a very low induced level of care for the child. So that brought the child to ignore the mother in the past. She had the same fire child take a break in the past. They've got a very big spray fire that comes as a piece of coal that was extracting this individual from her mother and her infant child. Most recently this was in 2016, I believe. They also knew that she had been evicted of entirely danger of being put in charge and they then filed a request for extra precedence for her instances. And the mother had to remove her stand and she was self-loathing and a terrible child. They were communicating that there was a new instance and she attempted to contact her mom and get an estate situation and the kind of subsistence that she had. And they confirmed that by saying this to her that she was  danger  put in    had to remove her stand and she attempted to get an estate situation and they confirmed that by saying this to her that she was in danger of being put in charge of a new instance and she attempted to get an estate situation and they confirmed that by saying this to her that she was in danger of being put in charge of a new instance and they confirmed that by saying that to her that she was not going to be put in charge at the Department of Health.     man who was on the hospital bed for 30 hours. He was on the hospital    He was on the hospital bed for 30 hours. He was  hospital bed for 30 hours. He was on the hospital bed for 30 hours. He was on the hospital bed for  hours. He was on the hospital bed for 30 hours. He  on the hospital  30 hours. He was was on the hospital  30 He was on the    hours. He was on the hospital bed for 30 hours. He was on the hospital   hours. He was on
judges: Fernandez, Gilman, Bea